# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2006 JAN 13  P 1:10
CLERK
DIST. OF GA.

ROBERT S. WORTHY,                :         CIVIL ACTION

    Plaintiff,              :

                                 :

GEORGIA DEPARTMENT OF            :
HUMAN RESOURCES, LEE
HERRIN, and BETTY O'HAIRE,       :

    Defendants.             :         NO. CV205-214

### ORDER

By Order dated December 22, 2005, the Court directed Plaintiff to file an amended complaint within ten (10) days from the date of the order.

It appearing to the Court that Plaintiff has failed to file the amended complaint as directed, this case is dismissed for failure to prosecute.

**SO ORDERED**, this 13th day of January, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)